**FILED**
**CLERK, U.S. DISTRICT COURT**

IT IS SO ORDERED

11/2/16

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** ___sr_____ **DEPUTY**

*/s/ John F. Walter*

JS-6

John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Facsimile: (626) 448-4417

Attorneys for Plaintiff Sandra Lily Grossman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LILY GOSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF JIM McDONNELL, DEPUTY MARIO QUINTANA, and DOES 1-10,<br><br>Defendants. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Case No. 16-CV-6091 |

Plaintiff hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) without prejudice.

Dated: October 31, 2016         THE LAW OFFICES OF JOHN BURTON


                                By:  ___/s/ John Burton_____
                                      John Burton
                                      Attorneys for Plaintiffs